## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARNEGIE LEARNING, INC., | ) | Civil Action No. 2:13-cv-00951 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SCHOLASTIC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 27th day of ___March___, 2014, upon the Joint Motion of

the Parties, the Motion is hereby GRANTED.

The deadlines stated in the current CMO [Docket No. 21] are hereby stayed for sixty (60)

days. Accordingly, the new deadlines are as follows:

1.  The parties shall complete fact discovery by June 30, 2014.

2.  Plaintiff's Expert Report is due on or before August 8, 2014.

3.  Defendant's Expert Report is due on or before August 29, 2014.

4.  Depositions of all experts shall be on or before September 22, 2014.

5.  The Post-Discovery Status Conference referenced in Paragraph 7 of the CMO will

    now be held on __October 6__, 2014, at _10:00 AM_ in the Chambers of

    United States Magistrate Judge Cynthia Reed Eddy.

    a.  Ten (10) days prior to the Post-Discovery Status Conference, counsel for

        plaintiff shall submit a written settlement demand to counsel for the defendant

        with a brief explanation for why such a settlement is appropriate.

    b.  Five (5) days prior the Post-Discovery Status Conference, opposing counsel shall submit to counsel for the plaintiff a written offer with a brief explanation of why such a settlement is appropriate.

    c.  If settlement is not achieved, defendant's counsel shall delivery or fax copies of all demand and offer letters to Judge Eddy's Chambers three (3) days prior to the Post-Discovery Status Conference.  Do not file copies of these letters on the Court docket.

Furthermore, unless the case has been otherwise resolved, a telephonic status conference will be held after sixty days from the entry of this Order, on _June 2_ , 2014 at _10:00 AM_, to advise the Court as to the status of this matter. *Counsel for Plaintiff shall initiate the Call.*

Finally, all additional terms and provisions stated in the CMO remain in effect.

BY THE COURT:

_Cynthia Reed Eddy_ J.

PHDATA 4784352_1