**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
P.O. Box 1805
Pittsburgh, PA 15230
www.pawd.uscourts.gov

**ROBERT V. BARTH, JR.**
CLERK OF COURT                                        IN REPLYING GIVE NUMBER
412–208–7500                                         OF CASE AND NAMES OF PARTIES

Date: May 30, 2014

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

RE:  CARNEGIE LEARNING, INC. vs.  SCHOLASTIC CORPORATION
Case Number:   **2:13–CV–00951–CRE**

Dear Commissioner:

   Enclosed is a copy of the order which terminated the above captioned matter in the United States District Court for the Western District of Pennsylvania.

Sincerely,

ROBERT V. BARTH, JR.
CLERK OF COURT

By:  **/s/ ept**
Deputy Clerk

Enclosures