IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARNEGIE LEARNING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCHOLASTIC CORPORATION, <br><br> Defendant. | Civil Action No.: 13-cv-951 <br><br> Cynthia R. Eddy <br> United States Magistrate Judge |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Carnegie Learning, Inc. and Defendant Scholastic Corporation hereby stipulate to dismissal of this case with prejudice.  Each party shall bear its own fees and costs.

Dated:  August 18, 2014                                     Respectfully submitted,


/s/ Robert J. Williams                                  /s/ Brad Funari
George E. McGrann                                    Brad A. Funari
Robert J. Williams (Pa. ID 76139)            Pa. Id. No. 89575
Schnader Harrison Segal & Lewis, LLP    McGuireWoods LLP
120 Fifth Avenue, Suite 2700                    625 Liberty Avenue, 23rd Floor
Pittsburgh, PA  15222                                Pittsburgh, Pennsylvania 15222
                                                                        (412) 667-6000

*Attorneys for Defendant Scholastic           Attorney for Plaintiff Carnegie Learning, Inc.*
*Corporation*